

E. STEWART
**Jones Hacker Murphy** LLP
ATTORNEYS & COUNSELORS AT LAW

.28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820
FAX: (518) 274-5875

7 AIRPORT PARK BOULEVARD
LATHAM, NY 12110
PHONE: (518) 783-3843
FAX: (518) 783-8101

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

www.joneshacker.com

PLEASE REPLY TO:
TROY OFFICE

May 21, 2015

Hon. Thomas J. McAvoy
Federal Building & U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

> Re:   William Scarborough
>          Sentencing:  September 14, 2015
>          Our File No. CR-1202

Dear Judge McAvoy:

In connection with the September sentencing of Mr. Scarborough, I am enclosing copies of two sets of character reference letters written on Mr. Scarborough's behalf.

The first set of letters and remarks extend from 2005 through 2012 and comment on a wide variety of services provided and accomplishments achieved by Assemblyman Scarborough on behalf of his community.

Mr. Scarborough has long been supported by a broad spectrum of the population that he serves and people respect and value him so they have taken the time to acknowledge his work and thank him in writing.

The letters from that period are from the following:

1. Rev. Emmanuel Asse, Sr. Pastor The Ambassador for Christ Outreach Ministries.
2. Willie Coleman.
3. Linda Baird, Program Coordinator, Youth Justice Board.
4. Lee Wynn and Carl Walker, Ph.D., New York State Office of Children & Family Services.
5. Dana Harris.
6. Anstiss Agnew, LCSW, Forestdale, Inc.
7. Henry T. Simmons, Senior Minister, St. Albans Congregational Church.

Page 2
Re: William Scarborough
May 21, 2015

8. Colin Lentz, Youth Justice Board, Center for Court Innovations.
9. Philip Glotzer, Aids Center for Queens County.
10. PTA Executive Board.
11. Jacques M. Leandre, Esq., Rosedale Jets Football Association.
12. Elder Dr. Michael A. Baston, Pastor, St. Luke Cathedral.
13. Eric R. Kingson, Professor, Syracuse University, College of Human Ecology.
14. Ann J. Jawin, Chair, Board of Directors, Center for the Women of New York.
15. Sandra Povman, Director, Governmental & Community Relations, The Sophie Davis School of Biomedical Education/Beth Shafran, Director of External Relations, Queens Bridge to Medicine Program.
16. Joy Miller-Guthrie.
17. Denice Lugten, RN, MSN, Executive Director, Nurses Association of the Counties of Long Island, Inc.
18. Gloria Rochester, President/CEO Queens Sickle Cell Advocacy Network, Inc.
19. Lois McKee.
20. Martha Saxon, Tri-Boro Intergenerational Services, Inc.
21. Eleanor Kelly, Robert Couche Senior Citizens Center.
22. Jane S. Harris, President, Community Bridge Home, Inc.
23. Jim Interlicchio, Activity Coordinator, Cerebral Palsy Associations of New York.
24. Scott M. Stringer, Manhattan Borough President, The City of New York.
25. Eleanor Kelly, Executive Director, Robert Couche Senior Citizens Center.
26. S. Zuri McKie, Executive Director, Jamaica Center for Arts & Learning, Inc.
27. Jahmere Johnson.
28. Thomas V. Murphy, Director of Legislation/Political Action, United Federation of Teachers.
29. Anne Williams0Isom, Administration for Children's Services.
30. S. Zuri McKie, Executive Director, Jamaica Center for Arts & Learning, Inc.
31. Lauren Taylor.

Page 3
Re:  William Scarborough
May 21, 2015


The second set of letters were written on his behalf after he was charged and his prosecution became a matter of public knowledge.  These letters are from people, once again, across a very broad spectrum of life and association, and also speak eloquently to the good that Mr. Scarborough has done within his constituency, community and over his life, and the value of his work and his life to his community.

Those letters are from the following:

1. Bisram Rajkumar.
2. Michele Keller.
3. Archie Spigner.
4. Steven D. Epps.
5. Marc A. Haken.
6. Douglas S. Greeley.
7. James A. Heyliger.
8. Bess DeBetham.
9. William Briggs.
10. Charles H. Mohan.
11. Carleton E. Gordon.
12. Ramon D. Cameron.
13. Benjamin Wright, Jr.
14. Carl Clay.
15. Andrene Williams.
16. Sheryl Leverett.
17. Dr. Gertrud Lenzer.
18. Donald L. Clarke, Esq.
19. Dara Bragg.
20. Carl Adams.
21. Sumita.
22. Lilly N. Lucas.
23. Loretta Chin.
24. Harry Wells (York College).
25. Donald M. Taylor Bruce.
26. Gail Andrews.
27. Robert M. Richards.
28. Dr. Arnita Fowler.

I am also enclosing a letter dated December 8, 2014 from GEMS, which is self-explanatory. GEMS is the group that Assemblyman Scarborough worked with for four years to get his "Safe Harbor for Sexually Exploited Youth" bill passed.  The advocacy was on behalf of young girls ages 13, 14 and 15 who were forced into child prostitution and exploited.

Page 4
Re:  William Scarborough
May 21, 2015

Lastly, at this time I am enclosing a note from a Bonetta Lynch to Mr. Scarborough, as well as the envelope in which the note came as the envelope provides the mailing date of the 13th day of October, 2011.

The enclosures were previously sent to Mr. Sheffer.

Respectfully yours,

E. STEWART JONES HACKER MURPHY, LLP

E. Stewart Jones, Jr.

ESJ,JR./ml
Enclosure.

cc:  (letter only)
      Mr. Steven Sheffer
      United States Probation Office
      James T. Foley U.S. Courthouse
      445 Broadway, Room 348
      Albany, NY  12207