## ASSEMBLYMAN WILLIAM SCARBOROUGH
## APRIL 28, 2015                                                                                        ALBANY, NY

As you have heard, I am resigning my position as Assemblyman for the 29th Assembly District. I will also be accepting a plea to charges relating to my submitting false travel vouchers to the Assembly. I did in fact claim to be in Albany at times when I was not there or I would claim to have stayed longer than I actually did. As a result I will be stepping down from the job that I love, and I will face whatever sanctions the court imposes at the proper time.

I want to apologize to my family, my colleagues, my staff, my community and those who believed in me, and whom I misled as this issue unfolded. It is not easy to admit that you have engaged in improper behavior and have fallen short of the standards that were expected of you in a responsible position. There is no excuse for my actions and I can only take responsibility for them and whatever consequences come as a result.

There were factors that I used to justify my actions to myself, but I see them clearly as rationalizations. During the time frame of the charges, I faced severe financial problems. Money had always been tight but sharply increased expenses created a financial crisis. I took on a second job at a college, but still found myself unable to keep up with my bills. My pride would not let me admit even to my family that I could not be the provider that they thought I was so I made a terrible choice - to take advantage of a travel system where you simply said you were in Albany and were reimbursed, basically with no questions asked.

Although I loved my job, I was also angry about certain things which I felt related directly to my financial situation. The legislature has not had a raise in salary in 16 years and has had one raise in 28 years. Whenever the issue of a salary increase was brought up we were told that our job was "part-time", because we were only in session in Albany for six months out of the year. I found this particularly offensive because when I was not in Albany, I spent my days, most evenings and most weekends meeting my constituents or attending their events in my district. Two-Thirds of the legislature reports either no outside income, or less than $20,000 in outside income, but the example of the relative few with large outside incomes was used as a club to beat back any suggestion that the vast majority needed or deserved an increase.

Regardless, I clearly understand that there was no excuse for my actions, and the blame rests solely with me. Many of my colleagues felt the same frustration with the salary situation as I did, but they did not act as I did. Many people making less that I do have suffered financial crises, and they have not acted as I did. For that, I can only take responsibility for my actions, apologize to all those that I have let down and hope they can find it in their hearts to forgive me at some point.